UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORA WOOD-ARNDT,

       Plaintiff,

                                          Civil No. 06-1672-HA

       v.

                                          JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner must be REVERSED and REMANDED FOR FURTHER PROCEEDINGS.

       Dated this  24  day of September, 2008.

                                                          /s/ ANCER L. HAGGERTY
                                                          ANCER L. HAGGERTY
                                               UNITED STATES DISTRICT JUDGE