UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| NORA WOOD-ARNDT, | Case No. CV 06-1672-HA |
| Plaintiff, | ORDER REGARDING ATTORNEY FEES |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

_____

      Before the Court is plaintiff's application for attorney fees [27] pursuant to the Equal Access to Justice Act in the amount of $6,900.00. Defendant has no objection to said amount. Notwithstanding the fact that defendant does not object, after review of plaintiff's application, the Court finds that plaintiff is entitled to the full amount requested.

      Therefore, the Court awards plaintiff EAJA fees in the amount of $6,900.00.

      DATED this 20th day of May, 2009.

                                     /s/  Ancer L. Haggerty
                                     ANCER L. HAGGERTY
                                     U. S. District Court Judge

ORDER REGARDING ATTORNEY FEES